# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

128053

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CHARLEVOIX COUNTY BUILDING
DEPARTMENT and BAY TOWNSHIP,
      Plaintiffs-Appellees,

v

LYLE BARKLEY, SHIRLEY BARKLEY
and KIM BARKLEY,
      Defendants-Appellants.

SC: 128053
COA: 256198
Charlevoix CC: 03-006120-AV
90th DC: 02-3201-01; 02-3198-01
& 02-3203-01

_____/

      On order of the Court, the application for leave to appeal the November 16, 2004 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

Clerk

p0919